UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

MARGARET BREESE                                                                          PLAINTIFF

VERSUS                                                         CIVIL ACTION NO. 1:07CV1215-RHW

MICKEY G. ANDERSON et al                                                              DEFENDANTS

# FINAL JUDGMENT

Pursuant to the Memorandum Opinion and Order entered this day granting Defendant's Motion to Dismiss, the Court hereby enters judgment in accordance with Fed. R. Civ. P. 58(a)(1). Consistent with the reasons set forth in the Memorandum Opinion and Order, the Motion to Dismiss is GRANTED, and the Plaintiff's lawsuit is dismissed with prejudice.

SO ORDERED, this the 31st day of July, 2008.

s/ *Robert H. Walker*
UNITED STATES MAGISTRATE JUDGE